|   |   |
|---|---|
| STEVEE M. MILLAN,<br><br>                    Petitioner,<br><br>        v.<br><br>JENEVA COTTON,<br><br>                    Respondent. | CASE NO. 3:17-cv-05796-RBL-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTING DATE: NOVEMBER 17, 2017 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner filed the petition pursuant to 28 U.S.C. § 2241.

Petitioner Stevee M. Millan is currently housed at the Stafford Creek Corrections Center and asks the Court to lift an immigration. Dkt. 1. He seeks relief from prospective arrest and deportation by Immigrations and Customs Enforcement ("ICE"). *Id*. However, he filed his case

1  with the Tacoma Division of the Western District of Washington, and the appropriate venue for
2  claims concerning ICE is generally the Seattle Division.
3      Therefore, the Court recommends that the case be transferred to the Seattle Division of
4  the Western District of Washington.  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P.
5  72(b), the parties shall have fourteen (14) days from service of this Report to file written
6  objections.  *See also* Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those
7  objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C),
8  and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474
9  U.S. 140 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted).
10 Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the
11 matter for consideration on **November 17, 2017**, as noted in the caption.
12     Dated this 18th day of October, 2017.

J. Richard Creatura
United States Magistrate Judge