UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEE M MILLAN,

        Petitioner,

  v.

JENEVA COTTON,

        Respondent.

CASE NO. C17-5796RBL

ORDER

THIS MATTER is before the Court on the Report and Recommendation of Magistrate Judge Creatura. Judge Creatura recommends that this "ICE" case be transferred to the Seattle Division of the Western District of Washington.

The Report and Recommendation is ADOPTED. The matter is TRANSFERRED to the Seattle Division.

IT IS SO ORDERED.

Dated this 16th day of November, 2017.

Ronald B. Leighton
United States District Judge

ORDER - 1