UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEE M MILLAN,<br><br>    Petitioner,<br><br> v.<br><br>JENEVA COTTON,<br><br>    Respondent. | Case No. C17-5796-TSZ<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation, docket no. 7, of the Honorable James P. Donohue, United States Magistrate Judge, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Petitioner's habeas petition is DISMISSED without prejudice for lack of jurisdiction.

(3) The Clerk shall send copies of this Order to petitioner and Judge Donohue.

Dated this 19th day of March, 2018.

              /s/ Thomas S. Zilly
              Thomas S. Zilly
              United States District Judge

ORDER OF DISMISSAL - 1